William M. Huse, Esq.  (IN #31622-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NORMAN FELTON,<br>             Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; UNITUS COMMUNITY CREDIT UNION; CAPITAL ONE, NATIONAL ASSOCIATION; TRAVIS FEDERAL CREDIT UNION; TWIN COUNTY CREDIT UNION; WILSHIRE CREDIT CORPORATION; SOUTHWEST CREDIT SYSTEM; WELLS FARGO HOME MORTGAGE, INC.; and DOES 1 through 100, inclusive;<br>             Defendants. | CASE NO.   5:15-cv-03845-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Norman Felton, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03845-EJD**

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                              Respectfully submitted,

Date:  November 4, 2015             */s/ Elliot W. Gale (w/ consent)*
                                    Scott J. Sagaria, Esq. (217981)
                                    Elliott W. Gale, Esq.  (263326)
                                    Joseph B. Angelo, Esq.  (268542)
                                    Sagaria Law, P.C.
                                    2033 Gateway Place, 5th Floor
                                    San Jose, CA  95110
                                    Telephone:  (408) 279-2288
                                    Fax:  (408) 279-2299

                                    *Counsel for Plaintiff Norman Felton*

Date: November 4, 2015             */s/ William M. Huse*
                                      William M. Huse, Esq.  (IN #31622-49)
                                        (admitted *Pro Hac Vice*)
                                    Schuckit & Associates, P.C.
                                    4545 Northwestern Drive
                                    Zionsville, IN  46077
                                    Telephone:  317-363-2400
                                    Fax:  317-363-2257
                                    E-Mail:  whuse@schuckitlaw.com

                                    *Lead Counsel for Defendant, Trans Union, LLC*

                                    Lauren E. Tate, Esq. (CSB #124483)
                                    Tate & Associates
                                    1321 8th Street, Suite 4
                                    Berkeley, CA  94710
                                    Telephone:  510-525-5100
                                    Fax:  510-525-5130
                                    E-Mail:  ltate@tateandassociates-law.com

                                    *Local Counsel for Defendant, Trans Union, LLC*

                                    *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**1**   PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
**2** dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own
**3** costs and attorneys' fees.

**6** Date: _____    _____
**7**                                    JUDGE, United States District Court, Northern
                                         District of California

**8** DISTRIBUTION TO:

| | |
|---|---|
| Scott J. Sagaria, Esq. <br> sjsagaria@sagarialaw.com | Elliot W. Gale, Esq. <br> egale@sagarialaw.com |
| Leora R. Ragones, Esq. <br> lsimantov@llcllp.com | Ramon Ramirez, Esq. <br> ramonramirez@jonesday.com |
| William M. Huse, Esq. <br> whuse@schuckitlaw.com | Lauren E. Tate, Esq. <br> ltate@tateandassociates-law.com |
| Chelsea L. Diaz, Esq. <br> cdiaz@dollamir.com | Scott M. Johnson, Esq. <br> sjohnson@sagarialaw.com |
| Thomas P. Quinn, Esq. <br> tquinn@nokesquinn.com | |