```
IT IS SO ORDERED
[signature]
Judge Edward J. Davila
Dated: 12/2/2015
```

1  Scott J. Sagaria (State Bar No. 217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   **Sagaria Law, P.C.**
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone:  (408) 279-2288
   Facsimile:  (408) 279-2299
5
   Attorneys for Plaintiff
6  Norman Felton

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 NORMAN FELTON,                          Case No.: 5:15-cv-03845-EJD

12          Plaintiff,                     **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUTHWEST CREDIT SYSTEMS, LP, WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**
13     vs.

14 EXPERIAN INFORMATION
   SOLUTIONS, INC.; EQUIFAX, INC.;
15 TRANSUNION, LLC; UNITUS
   COMMUNITY CREDIT UNION;         Honorable Edward J. Davila
16 CAPITAL ONE, NATIONAL
   ASSOCIATION, TRAVIS FEDERAL
17 CREDIT UNION, TWIN COUNTY
   CREDIT UNION, WILSHIRE CREDIT
18 CORPORATION, SOUTHWEST
   CREDIT SYSTEM, WELLS FARGO
19 HOME MORTGAGE, INC.; and DOES
   1 through 100, inclusive;
20
            Defendants.
21

22

23

24

25

26

27

28

– 1 –
NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Norman Felton hereby voluntarily dismisses Defendant Southwest Credit Systems, LP, *erroneously sued as* Southwest Credit System ("Defendant"), with prejudice, as to all claims in this action. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against Defendant for all purposes and without an Order of the Court.

DATED: December 1, 2015.

SAGARIA LAW, P.C.

By  */s/ Elliot W. Gale*
Scott J. Sagaria
Elliot W. Gale
Attorneys for Plaintiff
Norman Felton

– 3 –

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2015, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: December 1, 2015.

By  */s/ Elliot W. Gale*
    Elliot W. Gale