THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE)**

| | |
|---|---|
| NORMAN FELTON,<br><br>            Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>            Defendants. | Case No.: 5:15-cv-03845-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

Plaintiff Norman Felton, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

                                                Respectfully submitted,

Date: January 7, 2016                /s/ *Elliott W. Gale (w/consent)*
                                                Scott J. Sagaria, Esq. (217981)
                                                Elliott W. Gale, Esq.  (263326)
                                                Joseph B. Angelo, Esq.  (268542)
                                                Sagaria Law, P.C.
                                                2033 Gateway Place, 5th Floor
                                                San Jose, CA  95110
                                                Telephone:  (408) 279-2288
                                                Fax:  (408) 279-2299
                                                *Counsel for Plaintiff Norman Felton*

Date: January 7, 2016                /s/ *Thomas P. Quinn, Jr.*
                                                Thomas P. Quinn (132268)
                                                Nokes & Quinn
                                                410 Broadway, Suite 200
                                                Laguna Beach, CA 92651
                                                Tel: (949) 376-3500
                                                Fax:  (949) 376-3070
                                                Email:  tquinn@nokesquinn.com
                                                *Counsel for Defendant Equifax Inc.*

                                                *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is
2   dismissed with prejudice.  Plaintiff Norman Felton and Defendant Equifax Inc.
3   shall each bear their own costs and attorneys' fees.

Date: 1/8/2016

Honorable Edward J. Davila
United States District Court Judge

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

# CERTIFICATE OF SERVICE
**Felton v. Experian Information Solutions, Inc, et al.**
**Case No.: 5:15-cv-03845-EJD**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 7, 2016**, I served a true copy of:
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jennifer J. Vogel*
JENNIFER J. VOGEL

Place of Mailing: Laguna Beach, California.

Executed on **January 7, 2016,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –

# SERVICE LIST

| | |
|---|---|
| Scott J. Sagaria, Esq. | William M. Huse, Esq. |
| Elliott W. Gale, Esq. | Schuckit Associates PC |
| Joseph B. Angelo, Esq. | 4545 Northwestern Drive |
| Scott M. Johnson, Esq. | Zionsville, IN  46077 |
| Sagaria Law, P.C. | Tel: (317)363-2400 |
| 2033 Gateway Place, 5th Floor | Fax: (317)363-2257 |
| San Jose, CA  95110 | Email: whuse@schuckitlaw.com |
| Tel: (408)279-2288 | ***Attorneys for Defendant,*** |
| Fax: (408)279-2299 | ***Trans Union, LLC*** |
| Email: sjsagaria@sagarialaw.com | |
| Email: egale@sagarialaw.com | Lauren E. Tate, Esq. |
| Email: jangelo@sagarialaw.com | Tate and Associates |
| Email: sjohnson@sagarialaw.com | 1321 Eighth Street, Suite 4 |
| ***Attorneys for Plaintiff,*** | Berkeley, CA  94710 |
| ***Norman Felton*** | Tel: (510)525-5100 |
| | Fax: (510)525-5130 |
| | Email: ltate@tateandassociates-law.com |
| | ***Attorneys for Defendant,*** |
| | ***Trans Union, LLC*** |
| Ramon Ramirez, Esq. | |
| Alyssa M. Staudinger, Esq. | Hunter R. Eley, Esq. |
| Jones Day | Chelsea L. Diaz, Esq. |
| 3161 Michelson Drive, Suite 800 | Doll, Amir & Eley LLP |
| Irvine, CA  92612-4408 | 1888 Century Park East, Suite 1850 |
| Tel: (949)851-3939 | Los Angeles, CA  90067 |
| Fax: (949)553-7539 | Tel: (310)557-9100 |
| Email: ramonramirez@jonesday.com | Fax: (310)557-9101 |
| Email: astaudinger@jonesday.com | Email: heley@dollamir.com |
| ***Attorneys for Defendant,*** | Email: cdiaz@dollamir.com |
| ***Experian Information Solutions, Inc.*** | ***Attorneys for Defendant,*** |
| | ***Capital One Bank (USA), N.A.*** |

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  Timothy J. McCaffery, Esq.
2  Leora R. Ragones, Esq.
   Lombardi, Loper & Conant, LLP
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Tel: (510)433-2600
5  Fax: (510)433-2699
   Email: tjm@llcllp.com
6  Email: lragones@llcllp.com
7  *Attorneys for Defendants,*
   *Travis Credit Union;*
8  *Twinstar Credit Union; and*
   *Unitus Community Credit Union*
9

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055