SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Home Mortgage, Inc.)

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 1/8/2016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| NORMAN FELTON,<br><br>                Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; UNITUS COMMUNITY CREDIT UNION; CAPITAL ONE, NATIONAL ASSOCIATION; TRAVIS FEDERAL CREDIT UNION; TWIN COUNTY CREDIT UNION; WILSHIRE CREDIT CORPORATION; SOUTHWEST CREDIT SYSTEM; WELLS FARGO HOME MORTGAGE, INC. and DOES 1 through 100 inclusive,<br><br>                Defendants. | Case No. 5:15-cv-03845-EJD<br>Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (LR 7-12)**<br><br><br><br><br><br><br><br>Action Filed:    June 19, 2015<br>Removal Date:  August 25, 2015<br>Trial Date:       None Set |

07685.0000/6232301.1                                                                                                   Case No. 5:15-cv-03845-EJD

Stipulation to Extend Time to Respond to Initial Complaint (LR 7-12)

1  Plaintiff NORMAN FELTON ("Plaintiff") and Defendant WELLS FARGO BANK, N.A.
2 ("Defendant") hereby stipulate as follows:
3  WHEREAS, on or about June 19, 2015, Plaintiff filed a complaint and a summons was
4 issued in the above-referenced case;
5  WHEREAS, the above-referenced case was removed to federal court on August 24, 2015;
6  WHEREAS, the summons and complaint were served on Defendant on December 17,
7 2015;
8  WHEREAS, pursuant to the summons, the deadline within which to file a responsive
9 pleading is January 7 2016; and
10  WHEREAS, Defendant, through counsel, has requested a two-week extension of time
11 within which to respond to the complaint and Plaintiff, through counsel, has agreed to this request.
12  WHEREFORE, Plaintiff and Defendant stipulate as follows:
13  1. The time for Defendant to respond to the complaint shall be extended by two weeks
14 up to and including January 21, 2016.
15  2. This is the first extension of time to respond for Defendant.
16  3. This extension will not affect any other deadlines in this case.
17  4. This stipulation is without prejudice to the rights, claims, arguments and defenses
18 of all parties.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 7, 2016             SAGARIA LAW, P.C.


                                   By:    */s/ Elliot W. Gale*
                                              Elliot W. Gale

                                   Attorneys for Plaintiff
                                   NORMAN FELTON


DATED: January 7, 2016             SEVERSON & WERSON
                                   A Professional Corporation


                                   By:   */s/ Courtney C. Wenrick*
                                             Courtney C. Wenrick

                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A. (erroneously sued as
                                   Wells Fargo Home Mortgage, Inc.)