Ramon Ramirez (State Bar No. 280772)
ramonramirez@jonesday.com
Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMAN FELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al,<br><br>    Defendants. | Case No.  5:15-cv-03845-EJD<br><br>Assigned to Honorable Edward J. Davila<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTICE THAT** Plaintiff Norman Felton and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

1 | Dated: January 15, 2016 SAGARIA LAW, P.C.

2

3 | By: */s/ Elliot Gale*
Elliot Gale

4 | Attorneys for Plaintiff
NORMAN FELTON

5

6 | Dated: January 15, 2016 JONES DAY

7

8 | By: */s/ Ramon Ramirez*
Ramon Ramirez

9 | Attorneys for Defendant
EXPERIAN INFORMATION
10 | SOLUTIONS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Ramon Ramirez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **January 15, 2016**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Scott J. Sagaria
Elliot W. Gale
Joseph B. Angelo
Scott Johnson
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299;
Email: egale@sagarialaw.com;
sjsagaria@sagarialaw.com

*Attorneys for Plaintiff*
*Norman Felton*

Thomas P. Quinn
NOKES & QUINN
410 Broadway, Ste 200
Laguna Beach, CA 92651
Tel: 949-376-3500; Fax: 949-376-3070;
Email: tquinn@nokesquinn.com

*Attorneys for Defendant*
*Equifax Inc.*

Leora R. Ragones
Lombari Loper & Conant LLP
Lake Merritt Plaza
1999 Harrison St, Ste 2600
Oakland CA 94612
Tel: 510-433-2600; Fax: 510-433-2699;
Email: lsimantov@llcllp.com

*Attorneys for Defendant*
*Travis Federal Credit Union; Twin County Credit Union; and Unitus Community Credit Union*

Chelsea L. Diaz
DOLL AMIR & ELEY LLP
1888 Century Park East, Ste 1850
Los Angeles, CA 90067
Tel: 310-557-9100; Fax: 310-557-9101;
Email: cdiaz@dollamir.com

*Attorneys for Defendant*
*Capital One, National Association*

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN

| | |
|---|---|
| William M. Huse<br>Schuckit Associates PC<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Tel: 317-363-2400; Fax: 317-363-2257;<br>Email: whose@schuckit.com<br><br>**Attorneys for Defendant**<br>***TransUnion, LLC*** | Monica Katz-Lapides<br>Lauren E. Tate<br>1321 Eighth St, Ste 4<br>Berkeley, CA 94710<br>Tel: 510-525-5100; Fax: 510-525-5130;<br>Email: mkl@tateandassociates-law.com; ltate@tateandassociates-law.com<br><br>**Attorneys for Defendant**<br>***TransUnion, LLC*** |
| Rebecca S. Saelao<br>Severson & Werson PC<br>One Embarcadero Center, Ste 2600<br>San Francisco, CA 94111<br>Tel: (415) 398-3344<br>Fax: (415) 956-0439<br>Email: rss@severson.com<br><br>***Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*** | Courtney C. Wenrick<br>Severson & Werson APC<br>19100 Von Karman Avenue, Ste 700<br>Irvine, CA 92612<br>Tel: (949) 442-7110<br>Fax: (949) 442-7118<br>Email: ccw@severson.com<br><br>***Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*** |

Executed on January 15, 2016, at Irvine, California

                                                */s/ Ramon Ramirez*
                                                  Ramon Ramirez