TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:	(510) 433-2600
Facsimile:	(510) 433-2699

Attorneys for Defendant
TWINSTAR CREDIT UNION, formerly known as
TWIN COUNTY CREDIT UNION, erroneously sued as
TWIN COUNTY CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMAN FELTON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; UNITUS COMMUNITY CREDIT UNION; CAPITAL ONE, NATIONAL ASSOCIATION; TRAVIS FEDERAL CREDIT UNION; TWIN COUNTY CREDIT UNION; WIILSHIRE CREDIT CORPORATION; SOUTHWEST CREDIT SYSTEM; WELLS FARGO HOME MORTGAGE, INC.; and DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No. 5:15-cv-03845-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF NORMAN FELTON AND DEFENDANT TWINSTAR CREDIT UNION**<br><br>Hon. Edward J. Davila |

Plaintiff NORMAN FELTON, by counsel, and Defendant, TWINSTAR CREDIT UNION, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against TWINSTAR CREDIT UNION only should be dismissed, with prejudice as to TWINSTAR CREDIT UNION only with each party to

31280-44754 LRAGONES 672472.1                             1

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL
CASE NO. 5:15-CV-03845-EJD

1  bear its own costs and attorneys' fees.

2

3  Dated:  March 16, 2016                    SAGRARIA LAW, P.C.

4

5                                            By: /s/ **Elliot Gale**
                                                  SCOTT SAGRIA
6                                                 ELLIOT GALE
                                                  JOE ANGELO
7                                                 Attorneys for Plaintiff
                                                  DOROTHY FELTON
8

9

10 Dated: March 16, 2016                     LOMBARDI, LOPER & CONANT, LLP

11

12                                           By: /s/ **Leora R. Ragones**
                                                  TIMOTHY J. MCCAFFERY
13                                                LEORA R. RAGONES
                                                  Attorneys for Defendant
14                                                TWINSTAR CREDIT UNION
                                                  f/k/a TWIN COUNTY CREDIT UNION
15                                           erroneously sued as Twin County Credit Union

31280-44754 LRAGONES 672472.1        2        STIPULATION AND [PROPOSED] ORDER
                                              OF DISMISSAL
                                              CASE NO. 5:15-CV-03845-EJD

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff NORMAN FELTON against Defendant, TWINSTAR CREDIT UNION are dismissed, with prejudice. Plaintiff NORMAN FELTON and Defendant, TWINSTAR CREDIT UNION shall each bear their own costs and attorneys' fees.

Date: March__ , 2016

_____
Hon. Edward J. Davila

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

31280-44754 LRAGONES 672472.1

3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 5:15-CV-03845-EJD