Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| NORMAN FELTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>          Defendants. | Federal Case No.: 5:15-CV-03845-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT UNITUS COMMUNITY CREDIT UNION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Norman Felton and defendant Unitus Community Credit Union ("Unitus"), that Unitus be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED: April 29, 2016        Sagaria Law, P.C.

By: */s/ Elliot W. Gale*
 Elliot W. Gale
Attorneys for Plaintiff
Norman Felton

DATED: April 29, 2016        Lombardi, Loper & Conant

By: */s/Leora Ragones*
 Leora Ragones
Attorneys for Defendant
Unitus Community Credit Union

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Leora Ragones has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Unitus is dismissed with prejudice.

IT IS SO ORDERED.

DATED:
 EDWARD J. DAVILA
 UNITED STATES DISTRICT JUDGE