1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                   UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   NORMAN FELTON,                          Federal Case No.: 5:15-CV-03845-EJD
12
           Plaintiff,
13
       vs.                                 **STIPULATED REQUEST FOR
14                                         DISMISSAL OF DEFENDANT TRAVIS
   EXPERIAN INFORMATION SOLUTIONS,         CREDIT UNION; [PROPOSED] ORDER**
15 INC.; et. al.,

16         Defendants.

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19         IT IS HEREBY STIPULATED by and between plaintiff Norman Felton and defendant

20 Travis Credit Union, that Travis Credit Union be dismissed from this action with prejudice

21 pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its

22 own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT TRAVIS CREDIT UNION; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: June 29, 2016 | Sagaria Law, P.C. | |
| | By: _/s/ Elliot W. Gale_ | |
| | Elliot W. Gale | |
| | Attorneys for Plaintiff | |
| | Norman Felton | |
| DATED: June 29, 2016 | Lombardi, Loper & Conant | |
| | By: _/s/Leora Ragones_ | |
| | Leora Ragones | |
| | Attorneys for Defendant | |
| | Travis Credit Union | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Leora Ragones has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Travis Credit Union is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____          _____
                                EDWARD J. DAVILA
                                UNITED STATES DISTRICT JUDGE