SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Home Mortgage, Inc.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

| | |
|---|---|
| NORMAN FELTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; UNITUS COMMUNITY CREDIT UNION; CAPITAL ONE, NATIONAL ASSOCIATION; TRAVIS FEDERAL CREDIT UNION; TWIN COUNTY CREDIT UNION; WILSHIRE CREDIT CORPORATION; SOUTHWEST CREDIT SYSTEM; WELLS FARGO HOME MORTGAGE, INC. and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 5:15-cv-03845-EJD<br>Hon. Edward J. Davila<br>Ctrm. 4, 5th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:    June 15, 2015<br>Removal Date:  August 24, 2015<br>Trial Date:      None Set |

1    PLEASE TAKE NOTICE THAT Plaintiff Norman Felton ("Plaintiff") and Defendant
2 Wells Fargo Bank, N.A.(erroneously sued as "Wells Fargo Home Mortgage, Inc.") ("Wells
3 Fargo") (collectively the "parties") have reached an agreement on all material terms required to
4 settle this matter and are in the process of documenting said settlement.

5    The parties anticipate that the performance of the terms of the settlement agreement will be
6 completed within thirty (30) days of the date of this notice, at which time Plaintiff shall file a
7 Stipulation for Dismissal of Wells Fargo.

8    All other signatories listed, and on whose behalf the filing is submitted, concur in the
9 filing's content and have authorized the filing.

10 DATED: July 5, 2016            SEVERSON & WERSON
                                  A Professional Corporation

13                                By:    */s/ Courtney C. Wenrick*
                                         Courtney C. Wenrick

15                                Attorneys for Defendant WELLS FARGO BANK, N.A.
                                  (erroneously sued as Wells Fargo Home Mortgage, Inc.)

17 DATED: July 5, 2016            SAGARIA LAW, P.C.

19                                By:    */s/ Joseph Angelo*
                                         Joseph Angelo

21                                Attorneys for Plaintiff
                                  NORMAN FELTON

07685.1591/8079891.1                                         5:15-cv-03845-EJD
                                                             NOTICE OF SETTLEMENT

**PROOF OF SERVICE**
Norman Felton v. Experian Information Solutions, Inc., et al.
USDC – Northern District of CA Case No. 5:15-cv-03845-EJD

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On July 5, 2016, I served true copies of the following document(s):

**NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 5, 2016, at Irvine, California.

Dana Rae Armbruster

07685.1591/8079891.1

5:15-cv-03845-EJD
NOTICE OF SETTLEMENT

**SERVICE LIST**
*Norman Felton v. Experian Information Solutions, Inc., et al.*
USDC – Northern District of CA Case No. 5:15-cv-03845-EJD

| | |
|---|---|
| Scott J. Sagaria, Esq.<br>Elliot W. Gale, Esq.<br>Joseph B. Angelo, Esq.<br>Scott M. Johnson, Esq.<br>SAGARIA LAW, P.C.<br>2033 Gateway Pl., 5th Floor<br>San Jose, CA  95110 | Attorneys for Plaintiff<br>NORMAN FELTON<br><br>Telephone:    (408) 279-2288<br>Facsimile:     (408) 279-2299<br>sjsagaria@sagarialaw.com<br>egale@sagarialaw.com<br>sjohnson@sagarialaw.com |
| Ramon Ramirez, Esq.<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Telephone:    949-553-7596<br>Facsimile:     949-553-7539<br>ramonramirez@jonesday.com |
| Thomas P. Quinn, Esq.<br>NOKES & QUINN<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651 | Attorneys for Defendant<br>EQUIFAX, INC.<br><br>Telephone:    949-376-3500<br>Facsimile:     949-376-3070<br>tquinn@nokesquinn.com |
| Lauren E. Tate, Esq.<br>TATE & ASSOCIATES<br>1321 Eighth St., Suite 4<br>Berkeley, CA 94710 | Attorneys for Defendant<br>TRANSUNION, LLC<br><br>Telephone:    510-525-5100<br>Facsimile:     510-525-5130<br>ltate@tateandassociates-law.com |
| William M. Huse, Esq.<br>SCHUCKIT ASSOCIATES PC<br>4545 Northwestern Drive<br>Zionsville, IN 46077 | Attorneys for Defendant<br>TRANSUNION, LLC<br><br>Telephone:    317-363-2400<br>Facsimile:     317-363-2257<br>whuse@schuckitlaw.com |

| | | |
|---|---|---|
| 1 | Leora R. Ragones, Esq.<br>LOMBARDI LOPER & CONANT, LLP | Attorneys for Defendant<br>UNITUS COMMUNITY CREDIT UNION; TRAVIS |
| 2 | Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600 | FEDERAL CREDIT UNION; AND TWIN COUNTY<br>CREDIT UNION |
| 3 | Oakland, CA 94612-3541 | |
| 4 | | Telephone:    510-433-2600<br>Facsimile:     510-433-2699 |
| 5 | | lsimantov@llcllp.com |
| 6 | Chelsea Lynn Diaz, Esq. | Attorneys for Defendant |
| 7 | DOLL AMIR AND ELEY, LLP<br>1888 Century Park East, Suite 1850 | CAPITAL ONE, NATIONAL ASSOCIATION |
| 8 | Los Angeles, CA 90067 | Telephone:    310-557-9100<br>Facsimile:     310-557-9101 |
| 9 | | cdiaz@dollamir.com |

07685.1591/8079891.1                                                          5:15-cv-03845-EJD

NOTICE OF SETTLEMENT