```
Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| NORMAN FELTON,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>      Defendants. | Federal Case No.: 5:15-CV-03845-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Norman Felton and defendant Wells Fargo Bank, N.A.(erroneously sued as "Wells Fargo Home Mortgage, Inc.") ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

1  DATED: July 5, 2016              Sagaria Law, P.C.

2                                   By: _____*/s/ Elliot W. Gale*_____
3                                          Elliot W. Gale
                                    Attorneys for Plaintiff
4                                   Norman Felton

5

6  DATED: July 5, 2016              Severson & Werson

7

8                                   By: _____*/s/Courtney Wenrick*_____
9                                          Courtney Wenrick
                                    Attorneys for Defendant
10                                  Wells Fargo Bank, N.A.(erroneously sued as "Wells Fargo Home Mortgage, Inc.")

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Courtney Wenrick has concurred in this filing.

14 */s/ Elliot Gale*

15

16                              **[PROPOSED] ORDER**

17     Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice.

18     IT IS SO ORDERED.

19

20 DATED: July 6, 2016              _____
                                    EDWARD J. DAVILA
21                                  UNITED STATES DISTRICT JUDGE